UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| United States of America, | Criminal No. 06-408 (1) (RHK/AJB) |
| Plaintiff, | |
| v. | **FINAL ORDER OF FORFEITURE** |
| Jose Antonio Fuentes Torres, | |
| Defendant. | |

_____

WHEREAS, on February 7, 2007, this Court entered a Preliminary Order of Forfeiture forfeiting a Glock Model 22, 9 millimeter semi-automatic pistol, serial number EDU001US, to the United States pursuant to 18 U.S.C. § 924(d), in conjunction with 28 U.S.C. § 2461(c);

WHEREAS, on March 16, 23 and 30, 2007, the plaintiff published notice of the forfeiture of the above-described property in *Finance and Commerce*, Minneapolis, Minnesota, of the United States' intent to dispose of the above-described property in accordance with law, and of the right of third parties to petition the Court within 30 days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the above-described property;

WHEREAS, no petitions have been filed with the Clerk of Court and the time for filing a petition has expired;

**NOW, THEREFORE, IT IS HEREBY ORDERED** that:

1. all right, title and interest in the Glock Model 22, 9 millimeter semi-automatic

pistol, serial number EDU001US, is hereby forfeited to and vested in the United States of America; and

    2.  the Glock Model 22, 9 millimeter semi-automatic pistol, serial number EDU001US shall be disposed of by the Bureau of Alcohol, Tobacco, Firearms and Explosives in accordance with law.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: 7/9/07

                                            s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge